**FILED**

APR 15 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Eastern Federal District Court,

I am notifying you of my desire to have Case #1-13CV00491 dismissed before it goes any further. I will file this case in a local court, where I believe is the appropriate place to start.

Thank You

Burton Day

It is so Ordered. Dated: 4-15-13

_____
United States District Judge